**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Gerald D. Williams |
| Debtor 2 (Spouse, if filing) | Cheryl T. Williams |
| United States Bankruptcy Court for the: | Eastern District of Missouri |
| Case number | 19-45577 |

Official Form 410S1

# Notice of Mortgage Payment Change           12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Headlands Residential Series Owner Truste, Series D

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 2 7 5 2

**Date of payment change:**
Must be at least 21 days after date of this notice: 02/01/2022

**New total payment:**
Principal, interest, and escrow, if any: $ 900.39

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 420.68          New escrow payment: $ 140.24

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

Official Form 410S1          Notice of Mortgage Payment Change          page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Gerald D. Williams | Case number (if known) | 19-45577 |
| | First Name  Middle Name  Last Name | | |

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ D. Anthony Sottile
Signature

Date 01/11/2022

Print: D. Anthony Sottile
First Name  Middle Name  Last Name

Title Authorized Agent for Creditor

Company Sottile & Barile, LLC

Address 394 Wards Corner Road, Suite 180
Number  Street

Loveland                    OH      45140
City                        State   ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com

Official Form 410S1         Notice of Mortgage Payment Change         page **2**



314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

```
GERALD D WILLIAMS                          YOUR LOAN NUMBER: [REDACTED]
26201 BUBBLING BROOK
FORISTELL          MO 63348

                                           DATE: 12/31/21


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    02/22 THROUGH    01/23.
------- ANTICIPATED PAYMENTS FROM ESCROW -    02/22 THROUGH    01/23 -------
              HOMEOWNERS INS              1682.94

              TOTAL PAYMENTS FROM ESCROW  1682.94

              MONTHLY PAYMENT TO ESCROW    140.24 (1/12TH OF ABOVE TOTAL)


------- ANTICIPATED ESCROW ACTIVITY -    02/22 THROUGH    01/23--------
        -ANTICIPATED PAYMENTS-             -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW   FROM ESCROW   DESCRIPTION      ANTICIPATED       REQUIRED
                    ACTUAL STARTING BALANCE           6617.55          420.78
FEB 22    140.24                                      6757.79          561.02
MAR 22    140.24                                      6898.03          701.26
APR 22    140.24                                      7038.27          841.50
MAY 22    140.24                                      7178.51          981.74
JUN 22    140.24                                      7318.75         1121.98
JUL 22    140.24                                      7458.99         1262.22
AUG 22    140.24                                      7599.23         1402.46
SEP 22    140.24                                      7739.47         1542.70
OCT 22    140.24                                      7879.71         1682.94
NOV 22    140.24                                      8019.95         1823.18
DEC 22    140.24     1682.94    HOMEOWNERS I ALP      6477.25   RLP    280.48
JAN 23    140.24                                      6617.49          420.72


------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------
IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS      0.00.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
```

```
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        6196.77.

------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
         PRINCIPAL & INTEREST                              760.15
         ESCROW (1/12TH OF ANNUAL ANTICIPATED              140.24
             DISBURSEMENTS AS COMPUTED ABOVE)
         PLUS: OPTIONAL INSURANCE PREMIUMS                   0.00
         PLUS: REPLACEMENT RESERVE OR FHA SVC CHG            0.00
         PLUS: SHORTAGE PAYMENT                              0.00
         MINUS: SURPLUS CREDIT                               0.00
         ROUNDING ADJUSTMENT                                 0.00
         MINUS: BUYDOWN/ASSISTANCE PAYMENTS                  0.00

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 02/01/22      900.39
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS     280.48.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS        280.48.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
04/21        420.68        05/21        420.68     06/21        3365.44    *
 ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00     0.00                              00/00     0.00
00/00     0.00                              00/00     0.00
00/00     0.00                              00/00     0.00
```

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## ST. LOUIS DIVISION

| | |
|---|---|
| In Re: | Case No. 19-45577 |
| Gerald D. Williams<br>Cheryl T. Williams | Chapter 13 |
| Debtors. | Judge Kathy A. Surratt-States |

## CERTIFICATE OF SERVICE

I certify that on January 11, 2022, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

> Wesley C. Gorschall, Debtors' Counsel
> wes@klinelawstl.com
>
> Diana S. Daugherty, Chapter 13 Trustee
> standing_trustee@ch13stl.com
>
> Office of the United States Trustee
> ustpregion13.sl.ecf@usdoj.gov

I further certify that on January 11, 2022, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

> Gerald D. Williams, Debtor
> Cheryl T. Williams, Debtor
> 26201 Bubbling Brook Dr.
> Foristell, MO 63348

| | |
|---|---|
| Dated: January 11, 2022 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile<br>Authorized Agent for Creditor<br>Sottile & Barile, LLC<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140<br>Phone: 513.444.4100<br>Email: bankruptcy@sottileandbarile.com |